

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00137-CV

**IN RE** Martin **MARES**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: March 11, 2020

AMENDED PETITION FOR WRIT OF MANDAMUS DENIED

On March 4, 2020, relator filed a petition for writ of mandamus and a motion for emergency stay pending final resolution of the petition for writ of mandamus. On March 6, 2020, relator filed an amended petition for writ of mandamus. After considering the amended petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the amended petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-18694, styled *In the Matter of the Marriage of Maria Christina Luna Mares and Martin Mares, Jr. and In the Interest of K.I.M., A.N.M., and R.J.M., Minor Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.